**COSTELLO & MAINS, LLC**
By:  Drake P. Bearden, Jr.
18000 Horizon Way, Suite 800
Mt. Laurel, NJ 08054
(856) 727-9700
Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAN WILEY,<br><br>*Plaintiff,*<br><br>v.<br><br>CITY OF JERSEY CITY, MARK BUNBURY, ARTHUR WILLIAMS, JOHN DOES (1-10), JANE DOES (1-10), ABC CORPORATION (1-10), ABC, LLC (1-10)<br><br>*Defendants.* | Civil Action No. 2:19-cv-19789-SDW-JBC<br><br>**CONSENT ORDER** |

WHEREAS Plaintiff has agreed to dismiss his Federal claims in this matter, and is choosing to pursue his State claims in the New Jersey Superior Court:

This matter having been presented to the Court by Agreement of all parties and good cause appearing therefore, it is on this 14th day of August, 2020;

**ORDERED** that the Federal claims brought by Plaintiff in this matter for violation of Title VII of the Civil Rights Act of 1964; the Age Discrimination in Employment Act ("ADEA"); 29 U.S.C. §§ 621-634; 42 U.S.C. §§ 1983 and 1985; and the Family and Medical Leave Act ("FMLA") are dismissed with prejudice;

**IT IS FURTHER ORDERED** that Plaintiff's claims for violation of the New Jersey Law Against Discrimination ("LAD") are dismissed without prejudice as Plaintiff has filed those claims in State Court.

*s/Susan D. Wigenton*
Susan D. Wigenton, U.S.D.J.

The undersigned hereby consent to the dismissal:

| | |
|---|---|
| **COSTELLO & MAINS, LLC** | **LITE, DEPALMA, GREENBERG, LLC** |
| *s/ Drake P. Bearden, Jr.* | *s/ Francis A. Kenny* |
| Drake P. Bearden Jr. | Francis A. Kenny |
| Attorney for Plaintiff Daniel Wiley | Attorney for Defendants City of Jersey City, et al. |